# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION - COVINGTON

| | |
|---|---|
| SHERRY EASTIN : | |
| : | Civ. Action No.: |
| Plaintiff, : | |
| : | |
| vs. : | *Electronically Filed* |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY : | |
| : | |
| Defendant. : | |

## NOTICE OF REMOVAL

Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), by and through its undersigned counsel, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 29 U.S.C. §1132(e) and 28 U.S.C. §1441(a), (b) and (c) removing the above-captioned action to the United States District Court for the Eastern District of Kentucky from the Kenton County Circuit Court, Commonwealth of Kentucky, and avers as follows:

1. The above-captioned action was commenced by plaintiff against defendant in the Kenton County Circuit Court, Commonwealth of Kentucky on or about June 5, 2012. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Service of the Complaint, directed to Reliance Standard, was made on or after June 12, 2012. *See* Exhibit "A."

3. In this lawsuit, plaintiff seeks long term disability benefits under a group disability insurance policy insured by Reliance Standard. *See* Complaint ¶ 3.

4.      The policy under which plaintiff is seeking benefits insures a group employee benefit plan of Castellini Company that is subject to and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq*.

5.      Premiums under the long term disability plan are paid entirely by the employer. The employer has also endorsed all components of the benefit plan by holding out the coverage as part of the employer's plan.  Accordingly, the employer has established and maintained a plan that is governed by ERISA.

6.      A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c) as an action arising under a federal law.  *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

7.      This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e).  As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

8.      This Notice of Removal is being filed within thirty (30) days of defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b).

9.      No pleadings, process or orders other than the Complaint have been served on Reliance Standard and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a).

10.     All fees required by law in connection with this notice have been filed by defendant.

**WHEREFORE**, Defendant, Reliance Standard Life Insurance Company, removes the above-captioned matter now pending in the Kenton County Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted on this 25th day of June, 2012.

                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

By:    */s/James Burd*
        James Burd
        Jared A. Cox
        100 Mallard Creek Road - Suite 400A
        Louisville, KY 40207
        Ph: 502-238-8548
        Fx: 502-238-7995
        James.Burd@wilsonelser.com
        Jared.Cox@wilsonelser.com
        *Counsel for Defendant,*
        *Reliance Standard Life Insurance Company*

**CERTIFICATE OF SERVICE**

  The undersigned counsel for Reliance Standard hereby certifies that on June 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the individual identified below. The undersigned further certifies that on June 25, 2012, a true and correct copy of the foregoing was served by certified mail, return receipt requested, to the individual identified below:

R. Kim Vocke
526 Greenup Street
Covington, KY 41011
859-491-8595
Fax: 859-261-6567
Email: vockelaw@aol.com
*Counsel for Plaintiff*

        By: */s/James M. Burd*
           James M. Burd