UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2012-140 (WOB-CJS)

SHERRY EASTIN                                               PLAINTIFF

VS.                           JUDGMENT

RELIANCE STANDARD LIFE
INS. CO.                                                    DEFENDANT

    Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

    **IT IS ORDERED AND ADJUDGED** that judgment be, and is hereby, **ENTERED IN FAVOR OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY**. This matter is **DISMISSED AND STRICKEN** from the docket of this Court.

    This 23rd day of August, 2013.



Signed By:
William O. Bertelsman
United States District Judge