UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:12-cv-00140-WOB-CJS

SHERRY EASTIN                                           PLAINTIFF

V.

RELIANCE STANDARD LIFE INSURANCE COMPANY         DEFENDANT

NOTICE OF APPEAL

    Notice is hereby given that Plaintiff Sherri Eastin hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment in Defendant Reliance Standard Insurance Company's favor entered in this action on the 23d day of August, 2013.

    /s/ R. KIM VOCKE
R. KIM VOCKE  (KBA # 73375)
ATTORNEY FOR PLAINTIFFS
526 GREENUP STREET
COVINGTON, KY  41011
(859)491-8595

CERTIFICATION

I hereby certify that a true copy hereof was this 20th day of September , 2013, electronically filed through the CM/ECF system and a copy served via the Court's CM/ECF system upon:

Hon. James Burd
Attorney at Law
James.Burd@wilsonelser.com,

And all co-counsel of record

                                  /s/ *R. KIM VOCKE*
                                  R. KIM VOCKE
                                  ATTORNEY AT LAW